IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERLIN ADALI MANCHAME PENA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-8269** |
| | : | |
| **J.L. JAMISON, JOHN RIFE, SECRETARY MARKWAYNE MULLIN, AG TODD BLANCHE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, U.S. DEPARTMENT OF HOMELAND SECURITY** | : | |

# ORDER

**AND NOW**, this 3rd day of November 2026, upon reviewing the parties' Stipulation (ECF 4), and finding good cause to allow the parties to further their efforts to resolve the Petition (ECF 1), it is **ORDERED** we **APPROVE** the parties' Stipulation (ECF 4) requiring we **amend** our October 29, 2026 Order (ECF 2) to allow Respondents leave to Respond to the Petition (ECF 1) compliant with our Policies by no later than **November 6, 2026.**

KEARNEY, J.